**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2300**

_____

MARYS PAIZ-DE DELGADO,

> Petitioner,

v.

MERRICK GARLAND, Attorney General,

> Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  October 18, 2023                          Decided:  December 29, 2023

_____

Before AGEE and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

**ON BRIEF:** Ronald D. Richey, LAW OFFICE OF RONALD D. RICHEY, Rockville, Maryland, for Petitioner.  Brian M. Boynton, Principal Deputy Assistant Attorney General, Sabatino F. Leo, Assistant Director, Tatiana G. Pino, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marys Paiz-De Delgado, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals dismissing her appeal from the Immigration Judge's denial of her applications for asylum, withholding of removal, and protection under the Convention Against Torture. Having thoroughly reviewed the record and Paiz-De Delgado's claims, we conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review. *In re Paiz-De Delgado* (B.I.A. Nov. 22, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2